1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| CINDY SCOTT, | No. 1:15-CV-3158-FVS |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| NANCY A. BERRYHILL, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on December 29, 2016, ECF No. 16, recommending Plaintiff's Motion for Summary Judgment, ECF No. 10, be denied and Defendant's Motion for Summary Judgment, ECF No. 12, be granted. Plaintiff filed objections to the Report and Recommendation on January 12, 2017. ECF No. 17.  Defendant responded to Plaintiff's objections on January 24, 2017. ECF No. 18.

After reviewing the Report and Recommendation, the objections and the response, and relevant authorities; the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

1. Plaintiff's Objections to Magistrate Judge Dimke's Report and Recommendation, **ECF No. 17**, are **OVERRULED**.

2. The Report and Recommendation, **ECF No. 16**, is **ADOPTED** in its entirety.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 10,** is **DENIED**.

4. Defendant's Motion for Summary Judgment, **ECF No. 12,** is **GRANTED.**

The District Court Executive is directed to file this Order and forward copies to the parties.  Judgment shall be entered for Defendant and the file shall be **CLOSED**.

DATED March 1, 2017.

s/*Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge
