# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Cindy Scott

   *Plaintiff*

v.　　　　　　　　　　　　　Civil Action No. 1:15-cv-03158-FVS

Carolyn W Colvin

   *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 10, DENIED.
Defendant's Motion for Summary Judgment, ECF No. 12, GRANTED.
Report and Recommendation, ECF No. 16, ADOPTED in its entirety.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Fred Van Sickle on a motion for Summary Judgment, ECF 10, DENIED. Defendant's Motion for Summary Judgment, ECF 12, GRANTED.

Date: 3/1/17

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler